IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

**FILED**
JUL 22 2009
Clerk, U.S. District and
Bankruptcy Courts

EDMOND MACHIE
1660 International Drive
Suite 400
McLEAN VA 22102
Tel: (703) 862-2837

**Plaintiff**

V.

Case: 1:09-cv-01359
Assigned To : Unassigned
Assign. Date : 7/22/2009
Description: Civil Rights-Non-Employ.

Montgomery County Police Chief J. Thomas Manger
NANCY DEMME (Commander)
Officer PAK and Officer K. C. HAAK
Montgomery County Department of Police
2350 Research Boulevard
Rockville, MD 20850
Tel: 240-773-5000

**Defendant**

# COMPLAINT

I, Edmond Machie, as a Plaintiff I'm suing the following Defendants:

Montgomery County Police Chief J. Thomas Manger, Haak, Nancy Demme,

Pak all representatives of The Montgomery County Government, claiming

among other things that On January 12, 2008, I was illegally arrested and

falsely charged at the General District Court under The Jurisdiction of The

Montgomery County with conspiracy to commit theft over $500.

I.   ILLEGAL ARREST AND FALSE CHARGE

**RECEIVED**

JUL - 7 2009

Clerk, U.S. District and
Bankruptcy Courts

In December 2007, I was hired into the position of Police Intern. I was subjected to unfair treatment because of my race, Black, and national origin, Cameroon, with respect to the terms and conditions of employment and discharge. On January 12, 2008, I was arrested and falsely charged with conspiracy. Therefore, I believe that the Defendant is liable to the illegal arrest and false charge violation of 42 U.S.C. § 1983 and as amended

II.  SLANDER/LIBEL

Montgomery County Police Chief J. Thomas Manger with others Co-Defendants made a false statement, this was made in published print Montgomery County news paper and through broadcast media owned by the Defendant and was relay in all other print news paper, broadcast media and electronics media all over the world ant that seriously injures my reputation and exposes me to public contempt, hatred, ridicule, or condemnation, scorn or contempt a statement which claims to be fact and is not clearly identified as an opinion. The Defendants making the libelous statement was intentional and malicious, actually it was obvious that the statement would do harm and was untrue.

III. TORTURE

Officer Pak and Officer K. C. Haak acting under NANCY DEMME (Commander) authority seriously tortured me after handcuffing me and

placed under arrest and removed from me my Montgomery Police employee badge in the means to provide them statement which I do not know any thing about band which will help them to indicts some citizen of my Country under their custody and whom I do not know and never met before and with whom a do not have any direct relationship accept being citizen of the same country of origin.

I'm requesting from this court a judgment against the Defendant for **$135,000,000 (One Hundred and Thirty Five Million Dollar)**

ORIGINAL SIGNATURE

EDMOND MACHIE
1660 International Drive
Suite 400
McLEAN VA 22102
Tel: (703) 862-2837



Department of Police
Montgomery County, Maryland

MCP 50
Rev. 08/03

# ADVICE OF RIGHTS FORM

CR #: _____

PERSON TO BE INTERVIEWED: _____  E_____  _____
                                         (Last)          (First)          (Middle)

LOCATION OF INTERVIEW: _____

DATE OF BIRTH: ____/____  PHYSICAL CONDITION: _____  SOBRIETY: _____

MEDICATION: _____  EDUCATION LEVEL: _____

TIME ADVICE OF RIGHTS FORM READ: _____  DATE: _____

LANGUAGES: _____

____ 1. You have the right now and at any time to remain silent.

____ 2. Anything you say may be used against you.

____ 3. You have the right to a lawyer before and during any questioning.

____ 4. If you cannot afford a lawyer, one will be appointed for you.

____ 5. *(NOTE: #5 will only be used for an arrestee who will be charged as an adult.)* You have the right to be taken promptly before a District Court Commissioner who is a judicial officer not connected with the police. A Commissioner will inform you of each offense you are charged with and the penalties for each offense; provide you with a written copy of the charges against you; advise you of your right to counsel; make a pre-trial custody determination; and advise you whether you have a right to a preliminary hearing before a judge at a later time.

____ 6. Do you understand what I have just said?  Answer: _____

____ 7. Do you want to talk to us at this time?  Answer: _____

_____         _____
Officer/ID #                                                    Signature of Person Advised

_____
Time Form Signed         Officers/Persons Present: _____

09 1359

**FILED**

JUL 22 2009

Clerk, U.S. District and
Bankruptcy Courts

Function Code: 513
CALEA: 42.2.2, 42.2.3
Proponent Unit: ISB, FSB Admin.

Distribution:  Original: Officer
                    Yellow: Defendant
                    Pink: State's Attorney

# Lawlor & Englert, LLC
6305 Ivy Lane
Suite 608
Greenbelt, Maryland 20770
301.474.3404
301.474.3406 (fax)

## FACSIMILE TRANSMITTAL SHEET

To: Edmond

Fax No: 703.288.4003

From: Michael E. Lawlor

Date: May 1, 2009

Number of pages including cover sheet: 9

If you do not receive the correct number of pages please call us as soon as possible so that we may send the missing pages to you again. This communication is intended for the use of the addressee named herein and may contain legally privileged and confidential information. If you have received this communication in error, please immediately notify us by telephone and destroy this document. We will gladly reimburse any costs you incur in notifying us.

# DISTRICT COURT OF MARYLAND
Go Back

## Case Information

Court System: **DISTRICT COURT FOR MONTGOMERY COUNTY - CRIMINAL SYSTEM**
Case Number: **3D00205516** Tracking No: **086038101380**
Case Type: **CRIMINAL**
District Code: **06** Location Code: **02**
Document Type: **STATEMENT OF CHARGES** Issued Date: **01/12/2008**
Case Status: **CLOSED** Case Disposition: **TRIAL**

## Defendant Information

Defendant Name: **MACHIE, EDMOND K**
Race: **BLACK, AFRICAN AMERICAN**
Sex: **M** Height: **600** Weight: **160** DOB: **08/19/1969**
Address: **12304 FEATHERWOOD DRIVE**
City: **SILVER SPRING** State: **MD** Zip Code: **20904 - 0000**

## Charge and Disposition Information

*(Each Charge is listed separately. The disposition is listed below the Charge)*

Charge No: **001** Description: **CON-THEFT: $500 PLUS VALUE**
Statute: **CL** Description: **CON-THEFT: $500 PLUS VALUE**
Amended Date: CJIS Code: **3C0521** MO/PLL: Probable Cause: **X**
Incident Date From: **01/09/2008** To: **01/09/2008** Victim Age:

### Disposition

Plea: **OTHER PLEA**
Disposition: **NOLLE PROSEQUI** Disposition Date: **04/10/2008**
Fine: **$0.00** Court Costs: **$0.00** CICF: **$0.00**
Amt Suspended: Fine: **$0.00** Court Costs: **$0.00** CICF: **$0.00**
PBJ EndDate:   Probation End Date:   Restitution Amount: **$0.00**
Jail Term:   Yrs:   Mos:   Days:
Suspended Term:   Yrs:   Mos:   Days:
Credit Time Served:

### Related Person Information

*(Each Person related to the case other than the Defendant is shown)*

Name: **PAK, K**
Connection: **COMPLAINANT/POLICE OFFICER**
Agency Code: **MCP** Agency Sub-Code: **WG15** Officer ID: **2157**

Name: **LAWLOR, MICHAEL ESQ**
Connection: **ASSISTANT PUBLIC DEFENDER**
Address: **SUITE 704**
         **6305 IVY LANE**
City: **GREENBELT** State: **MD** Zip Code: **20770 - 0000**

### Event History Information

Case Information

| Event | Date | Comment |
| --- | --- | --- |
| DOCI | 01/12/2008 | SC ISSUED 080112 |
| INIT | 01/12/2008 | 080112;00050000.00;HDOB;100;UPB ;6529 |
| RELS | 01/12/2008 | DEFENDANT POSTED BOND AND WAS RELEASED |
| BOND | 01/12/2008 | 080112;00050000.00;UPB ; ; ;100 |

*The complete case file must be obtained from the District Court in which the case was last heard.*




## DISTRICT COURT OF MARYLAND FOR Montgomery County
Located at 27 Courthouse Square, Rockville, Maryland 20850      Case No.: 003D00205516

| STATE OF MARYLAND | VS | MACHIE, EDMOND K |
|---|---|---|
| COMPLAINANT: | | 12304 FEATHERWOOD DRIVE |
| Officer: PAK, K | | SILVER SPRING, MD 20904 |
| Agency/Subagency: MCP SS15 | | CC#: S08002015   SID: |
| ID: 2157 | | Local ID:   DL#:   DL State: |
| | | Race: 1  Sex: M  Height: 6'0"  Weight: 160  Hair: BLK  Eyes: BRN |
| | | DOB: 08/19/1969  Phone(H):   Phone(W): (703) 875-2123 |

## CHARGE SUMMARY

UPON THE FACTS CONTAINED IN THE APPLICATION OF PAK, K
IT IS FORMALLY CHARGED THAT MACHIE, EDMOND K at
the dates, times and locations stated in the Charging document:

| CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|---|---|---|---|
| 3C0521 | CL | 15 Y &/or $25,000.00 | CON-THEFT: $500 PLUS VALUE |

Date: 01/12/2008   Time: 09:23 AM     Judicial Officer: _____  6529

Tracking No. 086038101380

# District Court of Maryland for Montgomery County

DATE: 01/12/2008
TIME: 7:44
RELATED CASE(S):

LOCATED AT (COURT ADDRESS): 8552 SECOND AVE, SILVER SPRING, MD

DC Case No: 3D00205516



1056229

COURT COPY

DEFENDANT'S NAME (LAST, FIRST, M.I.): MACHIE, EDMOND K

## COMPLAINANT

NAME (LAST, FIRST, M.I.): PAK, K.   TITLE: P.O.
AGENCY: MCP   SUB-AGENCY: SS15   I.D NO.(POLICE): 2157
WORK TELEPHONE: (301) 565-7744   HOME TELEPHONE: ( )
ADDRESS: MCPD SILVER SPRING   APT NO: 801 SLIGO AVENUE
CITY: SILVER SPRING   STATE: MD   ZIP CODE: 20910

DOMESTIC VIOLENCE       HATE CRIME

## DEFENDANT

NAME (LAST, FIRST, M.I.): MACHIE, EDMOND K   TITLE:
MAFIS NAME (LAST, FIRST, M.I.):   TITLE:
I.D.NO.:   RACE: B   SEX: M   HT: 6/0   WT: 160   D.O.B.(MM/DD/YY): 8/19/69
HAIR: BLK   EYES: BRO   OTHER DESCRIPTION:
WORK TELEPHONE: (703) 8752123   HOME TELEPHONE: ( )
ADDRESS: 12304 FEATHERWOOD DR   APT NO:
CITY: SILVER SPRING   STATE: MD   ZIP CODE:

Page 1 of 1

## STATEMENT OF CHARGES

IT IS FORMALLY CHARGED THAT THE DEFENDANT

| # | CJIS CODE | AR | ON OR ABOUT (DATE) | AT (PLACE) |
|---|---|---|---|---|
| 1 | 3C0521 |    | 01-09-08 | 11501 GEORGIA AVE WHEATON, MONTGOMERY COUNTY, MARYLAND |

... did conspire with Robert Tataw, David Mbom, and Elizabeth Tarke to steal US Currency of BB&T Bank having a value of $574,500 in the violation of CR 7-104 of the Annotated Code of Maryland.

IN VIOLATION OF: CL   MD. ANN. CODE   ART.   SEC.
COMMON LAW OF MD.   PUB. LOCAL LAW   ART.   SEC.
AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE
COMAR / AGENCY CODE NO.   ORDINANCE NO.
PROBABLE CAUSE  ✓ Y  __N
COMMISSIONER INITIALS: OR   ID NO: 679

| # | CJIS CODE | AR | ON OR ABOUT (DATE) | AT (PLACE) |
|---|---|---|---|---|
| 2 |  |  |  |  |

IN VIOLATION OF: MD. ANN. CODE   ART.   SEC.
COMMON LAW OF MD.   PUB LOCAL LAW   ART   SEC.
AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE
COMAR / AGENCY CODE NO.   ORDINANCE NO.
PROBABLE CAUSE  __Y  __N
COMMISSIONER INITIALS: _____   ID NO: _____

CONTINUED ON ATTACHED SHEET (FORM DC/CR 2A)

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

DATE: 01/12/2008   PEACE OFFICER: [signature]
TRACKING NO.
CBF NO.
AGENCY: MCP   SUB-AGENCY: SS15   I.D. NO.: 2157

FORM DC/CR 2 ( Rev 7/94 )

Local Incident #: S08002015                       DATE: 01/12/2008

## District Court of Maryland for Montgomery County

TIME: 7:44

LOCATED AT (COURT ADDRESS)

8552 SECOND AVE, SILVER SPRING, MD

DISTRICT COURT CASE NUMBER

RELATED CASE(S):



### COMPLAINANT

| NAME (LAST,FIRST,M.I) | TITLE |
|---|---|
| PAK, K. | P.O. |

| AGENCY | SUB-AGENCY | I.D.NO (POLICE) |
|---|---|---|
| MCP | SS15 | 2157 |

| WORK TELEPHONE | HOME TELEPHONE |
|---|---|
| (301) 565-7744 | ( ) |

ADDRESS: MCPD SILVER SPRING    APT.NO: 801 SLIGO AVENUE

| CITY | STATE | ZIP CODE |
|---|---|---|
| SILVER SPRING | MD | 20910 |

☐ DOMESTIC VIOLENCE    ☐ HATE CRIME

### DEFENDANT

| NAME (LAST, FIRST, M.I) | TITLE |
|---|---|
| MACHIE, EDMOND K | |

MAFIS NAME (LAST, FIRST, M.I):    TITLE:

| I.D.NO. | RACE | SEX | HT. | WT. | D.O.B (MM/DD/YY) |
|---|---|---|---|---|---|
| | B | M | 6/0 | 160 | 8/19/69 |

| HAIR | EYES | OTHER DESCRIPTION |
|---|---|---|
| BLK | BRO | |

| WORK TELEPHONE | HOME TELEPHONE |
|---|---|
| (703) 8752123 | ( ) |

ADDRESS: 12304 FEATHERWOOD DR    APT NO:

| CITY | STATE | ZIP CODE |
|---|---|---|
| SILVER SPRING | MD | |

Page 1 of 3

## STATEMENT OF PROBABLE CAUSE

ARREST ON TRAFFIC/NATURAL RESOURCES CITATIONS/CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS

THE DEFENDANT HAS BEEN ARRESTED UPON THE FOLLOWING INFORMATION OR OBSERVATION: (MAKE A PLAIN, CONCISE AND DEFINITIVE STATEMENT OF ESSENTIAL FACTS CONSTITUTING THE OFFENSE CHARGED)

On 1-10-08, the BB&T Bank located at 11501 Georgia Ave, Wheaton, Montgomery County, Maryland reported a cash theft to the Montgomery County Police.

The complainant, Pypu Rennie (the area operation officer for BB&T Bank), reported that on 1-9-08, an unknown male dressed in a black security or mitlitary type uniform entered the above BB&T Bank. The male posed as a security guard and removed $574,500 in US Currency. The unknown male exit the bank with the above amount.

On 1-10-08, the regular Security Guard from "AT" services entered the BB&T Bank for a scheduled money pick up. The Security Guard, Ian Jones Jr, (the scheduled security guard) informed the bank employees that there should not have been a pick up on 1-9-08. The employees of the bank informed Security Guard Jones that some other unknown guard had picked up the deposits the previous day. Jones verified with his supervisors at "AT" Services that the unknown male did not work for "AT" Services and no deposits from the above BB&T branch were received.

Your affaint responded to the BB&T Bank to conduct an invesitagtion. Your affiant interviewed two bank employees identifed as Charlyn M. Abayomi-Cole and Elizabeth K. Tarke. Both employees had direct contact with the reference suspect and assisted him in removing the cash from the vault. Both employees, Abayomi-Cole and Tarke, made statements that the unknown suspect wore the appropriate "AT" uniform which included a "AT" security

CONTINUED ON ATTACHED SHEET ( FORM DC/CR 4A )

COURT COPY

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

DATE: 01/12/2008    ARRESTING OFFICER: [signature]

| AGENCY | SUB-AGENCY | I.D NO |
|---|---|---|
| MCP | SS15 | 2157 |

PROBABLE CAUSE CHARGES #

LACK OF PROBABLE CAUSE CHARGES #

☑ I HAVE REVIEWED THE STATEMENT OF CHARGES AND HAVE DETERMINED THAT THERE IS PROBABLE CAUSE TO DETAIN THE DEFENDANT

☐ THERE IS NOT PROBABLE CAUSE TO DETAIN THE DEFENDANT AND I HAVE ACCORDINGLY RELEASED HIM ON HIS OWN RECOGNIZANCE.

DATE: 011208    JUDICIAL OFFICER: [signature]    COMMISSIONER I.D. NO: 6529

TRACKING NO.            CBF NO.

FORM DC/CR 4 (Rev. 7/94)

DATE: 01/12/2008
TIME: 7:44

LOCATED AT (COURT ADDRESS)
8552 SECOND AVE, SILVER SPRING, MD

DISTRICT COURT
CASE NUMBER

DEFENDANT'S NAME (LAST, FIRST, M.I.)
MACHIE, EDMOND K

MAFIS NAME

PAGE 2 OF 3

## CONTINUATION SHEET

## STATEMENT OF PROBABLE CAUSE

### ARREST ON TRAFFIC/NATURAL RESOURCES CITATIONS/ CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS

patch on the shoulder(s), a security badge pinned on the shirt and an identification card hung around the neck with a lanyrd. Tarke told the affiant that she verified the ID card as an "AT" identifcation card. Tarke verified that the patch also said "AT" with the letters colored in red on a white background. Tarke also checked the ID card and verified that it read C. Williams with badge number M214. Abayomi-Cole wrote the deposit ledger and Tarke placed the money in the black bag supplied by the suspect.

Your affaint interviewed two other bank employees who observed the suspect. Employees Sandra Galindo and Lauren White reports that the suspect was wearing all black but no "AT" Services markings were seen. Both Galindo and White report that they did not see a security badge or a security patch on the shoulders. They observed the suspect wearing a gun belt and a semi automatic handgun, and a black hat. White reports, "I thought the guy looked strange and I asked if he needed any help." The suspect said no and kept walking towards the teller line where Abayomi-Cole and Tarke assisted him. Galindo and White both told the affaint that he didn't look like a security guard. It should be noted that your affaint found inconsistencies on the suspect's security uniform from Abayomi-Cole and Tarke compared to the description given by Galindo and White.

Your affaint checked the "AT" Services authorized signature list and discovered that badge number M214 used by the suspect is assigned to Security Guard Josue Santos who is a Hispanic male. The suspect is a dark skinned black male. Your affiant checked the CCTV security tapes and observed three photographs which showed that the suspect did not wear the normal security uniform from "AT" services; the suspect was not wearing a patch or a badge. This observation as well is inconsistent to the description given by Abayomi-Cole and Tarke regarding the security guard's uniform.

On 01-11-2008, Montgomery County Police Wheaton Investigative Section obatined search warrants for both Aboayomi-Cole and Tarke's residence. While speaking with Tarke, Detective Ives and Detective Frazier revealed that David Mbom visited Tarke's residence at approximately 6:30pm on 01-11-2008. Ofc Straughan and Ofc Haak observed Mbom leave the residence in a white Explorer, driver later identified as Robert Tataw, and drive to 11620 Stewart Lane, Silver Spring, Montgomery County, Maryland. Once at this location, Mbom carries a large dark colored duffle bag. Mbom carried this bag to the rear of 11600 blk of Stewart Lane. It was later determined that 11620 Stewart Lane #102 has a rear sliding glass door that provides entry into this apartment.

Approximately 2 1/2 hrs later, Sgt Patil observed Tataw carrying a bag from building 11620 Stewart Lane and get into a Toyata RAV 4 (NY registration). Tataw was followed to the Quality Inn Hotel at 7411 New Hampshire Ave, Takoma Park, Montgomery County, Maryland, and entered room 165. Montgomery County Police conducted a knock and announce on the hotel

⌐CONTINUED ON ATTACHED SHEET ( FORM DC/CR 4A )

COURT COPY

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

DATE: 01/12/2008
ARRESTING OFFICER

AGENCY: MCP
SUB-AGENCY: SS15
I.D. NO.: 2157

TRACKING NO.

CBF NO.

FORM DC/CR 4A (Rev. 7/94)



| LOCATED AT (COURT ADDRESS) | | DATE: 01/12/2008 |
|---|---|---|
| 8552 SECOND AVE, SILVER SPRING, MD | DISTRICT COURT CASE NUMBER | TIME: 7:44 |

| DEFENDANT'S NAME (LAST, FIRST, M.I.) | MAFIS NAME |
|---|---|
| MACHIE, EDMOND K | |

CONTINUATION SHEET                              PAGE  3   OF  3

## STATEMENT OF PROBABLE CAUSE

ARREST ON TRAFFIC/NATURAL RESOURCES CITATIONS/
CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS

room. Tataw granted officers entry into the room and allowed them to search the room except for the bag that he was seen carrying from 11620 Stewart Lane. Tataw was taken into custody and transported to the Wheaton District Station. Your affiant obtained a search warrant on this hotel room which revealed that the referenced bag contained $54,000.

Shortly after, David Mbom was seen leaving the residence as a passenger in a vehicle. The vehicle was stop for a traffic offense during which time it was revealed that Mbom had an outstanding warrant for FTA DUI. Mbom was placed under arrest and transported to the Wheaton District Station. Once at the station, Sgt Jim Brown conducted a thorough search of Mbom's jacket revealed a piece of paper that has the exact dollar amounts of the three deposits stolen from the BB&T Bank with the total value equaling exactly $574,500. Also recovered was a business card of 'AT' Services security company (the security company used by BB&T). Another business card was located with the name of Julie De Juliana with the address of 11620 Stewart Ln #102. Furthermore a receipt was located in Mbom's wallet from Ranger Surplus was found dated 1-7-08 which includes a purchase of a black combat hat, security badge, and a handgun hip holster.

Members of the Montgomery County Police surveillance team observed Edmond Machie with Tataw at 11620 Stewart Lane. Once leaving the area, Machie was approached by Montgomery County Police and voluntarily agreed to respond to the Wheaton District Station to speak to detectives regarding this incident. Once at the station, Machie, advised Ofc Haak, that he was in apartment #102 with Tataw and Mbom. This was immediately after Mbom was seen carrying the large bag to the rear of 11600 Stewart Lane. Later, a search warrant of 11620 Stewart Lane #102 revealed a large sum of money.

Machie was transported to CPU and charged with Comspiracy to commit theft over $500. Tarke, Mbom, and Tataw were transported to CPU and charged with Theft over $500 and Conspiracy to commit theft over $500.

All the above events occurred in Montgomery County, Maryland.

CONTINUED ON ATTACHED SHEET ( FORM DC/CR 4A )

COURT COPY

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| DATE | ARRESTING OFFICER | TRACKING NO. | CBF NO. |
|---|---|---|---|
| 01/12/2008 | [signature] | | |

| AGENCY | SUB-AGENCY | I.D. NO. | | |
|---|---|---|---|---|
| MCP | SS15 | 2157 | | FORM DC/CR 4A (Rev. 7/94) |



Page 1 of __1__                                DATE: 01/12/2008   TIME:  7:44

# NOTICE OF ADVICE OF RIGHT TO COUNSEL

TO THE PERSON CHARGED:

1. You have been charged with committing a crime.
2. If you have been arrested, you have the right to have a judicial officer decide whether you should be released from jail until your trial.
3. You have the right to have a lawyer.
4. A lawyer can be helpful to you by:
    - (A) explaining the charges against you;
    - (B) telling you the possible penalties;
    - (C) helping you at trial;
    - (D) helping you protect your constitutional rights; and
    - (E) helping you to get a fair penalty if convicted.
5. Even if you plan to plead guilty, a lawyer can be helpful.
6. If you want a lawyer but do not have the money to hire one, the Public Defender may provide a lawyer for you. The court clerk will tell you how to contact the Public Defender.
7. If you want a lawyer but cannot get one and the Public Defender will not provide one for you, contact the court clerk as soon as possible.
8. DO NOT WAIT UNTIL THE DATE OF YOUR TRIAL TO GET A LAWYER. If you do not have a lawyer before the trial date, you may have to go to trial without one.

TRACKING NO. _____          CASE NO. _____

CHG/CIT STATUTE

1. CL

## RECEIPT

I have read or have had read to me the contents of the above notice and acknowledge receipt of a copy thereof.

Date _____

        Signature Of Defendant
Jan 12, 2008                               Charles Rice #529
Date
        Commissioner

## RETURN OF SERVICE

I certify that at  7:48  o'clock  A  M on  1-12-08  at
CPU, 1307 Seven Locks Rd, Rockville, MD. 20854, I executed this statement of Charges by
                    Place
arresting the Defendant and delivered a copy of the Statement of Charges to the Defendant.

CPU, 1307 Seven Locks Rd, Rockville, MD. 20854
                    Detention Facility
                                                            Signature of Peace Officer

CBF NO. _____

## Department of Police

*We begin with Pride and end with Excellence*

Home   About MCPD   Divisions/Stations   Media   Employment   FAQs   Contact MCPD

1/12/2008

### Update:  Six Suspects Charged for Theft from BB&T Bank

Detectives from the Montgomery County Police 4th District Investigative Section, in cooperation with the Federal Bureau of Investigation (FBI), have been investigating a theft of currency from a BB&T Bank in Wheaton which occurred on Wednesday, January 9, 2008. Late last night and into this morning six suspects involved in this theft were arrested and charged.

The suspects include: David P. Mbom, age 38, of the unit block of Cargil Avenue in Catonsville; Phillippe H. Ngassa, age 46, of the 800 block of Northhampton Drive in Silver Spring; Robert T. Tataw, age 42, of an unconfirmed address; Ernest N. Yossa, age 43, of the 11600 block of Stewart Lane in Silver Spring; Elizabeth K. Tarke, age 40, of the 4000 block of Barnsley Lane in Olney; and Edmond K. Machie, age 38, of the 12300 block of Featherwood Drive in Silver Spring.

Mbom, Tataw, and Tarke were charged with theft of currency over $500 and conspiracy to commit theft of currency over $500; Ngassa and Yossa were charged with conspiracy to commit theft of currency over $500 and as accessories after the fact; and Machie was charged with conspiracy to commit theft of currency over $500. Mbom and Ngassa are each being held on $2,000,000 bond, Yossa is being held on $300,000 bond, Tataw is being held on $200,000 bond, Tarke is being held on $250,000 bond, and Machie was released on $50,000 personal bond. All but Machie are currently being held at the Montgomery County Detention Center.

On Thursday, January 10 at approximately 5:00 p.m., managers at the BB&T Bank located at 11501 Georgia Avenue in Wheaton, reported

a theft of currency to Montgomery County Police. Through the course of the investigation it was learned that at approximately 11:00 a.m. on January 9, an unknown black male dressed in a black uniform resembling an AT Systems armored transportation services uniform, entered the bank. He presented himself as a substitute security guard. The suspect told bank employees that he was filling in for the regular guard who was on leave. He left the bank with an undisclosed amount of U.S. currency.

On Thursday, January 10, the regular guard who had previously made pick-ups at the bank arrived. He told bank employees that there should not have been a pick-up on January 9. The genuine guard verified with his supervisors that the unknown man did not work for AT Systems, and that no deposits from that BB&T Bank branch had been received by AT Systems. Further investigation developed that the suspect, who was wearing a gun belt with what was perceived as a semi-automatic handgun, was not wearing an official AT Systems uniform.

On January 11, search warrants were obtained for residences of two BB&T Bank employees. One of which was Tarke's residence. Tarke had direct contact with the bogus security guard. The investigation developed that suspect Mbom had visited Tarke's residence and left in a vehicle driven by Tataw.

During the late night hours of January 11 into the morning hours of January 12, an extensive investigation was conducted on Stewart Lane in Silver Spring. That investigation lead to the arrests of the five male suspects. Tarke was arrested after it was determined that she was also involved in the theft.

Incidental to the arrests and execution of several search warrants, a large amount of the stolen money has been recovered. This is an on-going investigation. Due to the continuing investigation, the suspect who presented himself as the security guard can not be disclosed.

The Montgomery County Police Department would like to thank the involved members of the Washington and Baltimore Field Offices of

the FBI for their assistance in this investigation. Montgomery County Police Chief J. Thomas Manger said, "I commend the work of all of those involved in bringing this very complex case to such rapid closure. This is also a great example of interagency cooperation. I am very pleased that the investigative teamwork between the FBI and the Montgomery County Police Department resulted in the arrests of these six thieves."

A similar theft of currency occurred from a bank in Washington, D.C. on Thursday, January 10. Metropolitan Police detectives, Montgomery County Police detectives, and the FBI are working in cooperation to determine if these two incidents are related.

***Due to the on-going investigation, photographs of the six charged suspects
can not be released at this time.***

###
# # #

Contact: Media Services Division   Phone: 240.773.5030

» Return to Press Releases

Alert | Awards | Privacy Policy | User Rights | Accessibility | Disclaimer | Cou
RSS | Blogs
Copyright 2002- 2009 Montgomery County Government All Rights Rese



DEPARTMENT OF POLICE

Isiah Leggett
*County Executive*

J. Thomas Manger
*Chief of Police*

June 18, 2009

Edmond K. Machie
1660 International Drive Suite 400
McLean, VA 22102

Dear Mr. Machie:

I have received a copy of your complaint dated June 6, 2009, regarding an incident that occurred over six months ago on January 12, 2008 where you were arrested by officers from the Montgomery County Department of Police,

After careful review of your complaint and other documentation about the incident, I have determined that there is no merit to the allegation(s) made, and the Internal Affairs Division declines to investigate this matter any further.

Thank you for bringing this matter to our attention and I hope that any future interaction you may have with our Department is of a positive nature.

Sincerely,

Captain David Falcinelli, Director
Internal Affairs Division

DJF/djf